STATE OF NEW JERSEY v. RICKY SHIVERS.

February 26, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT HILTON.

February 26, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. EDDIE GUADALUPE.

February 26, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL M. JONES.

February 26, 1985.

Petition for certification denied.

CARL KIRK v. OLLIE KIRK.

March 4, 1985.

Petition for certification denied.